# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| JIUSHENG GUO, et al., : | |
| Plaintiffs, : | |
| | Case No. 3:08cv00139 |
| vs. : | |
| | District Judge Walter Herbert Rice |
| | Magistrate Judge Sharon L. Ovington |
| U.S. DEPARTMENT OF | |
| HOMELAND SECURITY, et al., : | |
| Defendants. : | |

**DECISION AND ENTRY ADOPTING IN FULL THE REPORT AND RECOMMENDATIONS FILED ON DECEMBER 18, 2008 (Doc. #15); GRANTING DEFENDANTS' SUPPLEMENTAL MOTION TO DISMISS (Doc. #14) AND DISMISSING PLAINTIFFS' COMPLAINT; DENYING AS MOOT THE REMAINING PENDING MOTIONS (Doc. #s 5, 13); AND TERMINATING THIS CASE ON THE DOCKET OF THE COURT**

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #15), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** in full said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on December 18, 2008 (Doc. #15) is **ADOPTED** in full;

2. Defendants' Supplemental Motion to Dismiss (Doc. #14) is **GRANTED** and Plaintiffs' Complaint is **DISMISSED** as moot;

3. The remaining pending Motions (Doc. #5, 13) are **DENIED** as moot; and

4. This case is terminated on the docket of the Court.

*[signature]*

Walter Herbert Rice
United States District Judge